THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Darren Monroe, | ) | CASE NO. 1:12 CV 1117 |
| Petitioner, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | Magistrate Judge Greg White |
| | ) | |
| | ) | **Judgment** |
| Jason Bunting, Warden | ) | |
| Respondent. | ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, the Court hereby ADOPTS the Report and Recommendation of Magistrate Judge Greg White (Docket #11) in its entirety. The Petition for Writ of Habeas Corpus (Docket #1) is DENIED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 18 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: _August 26, 2013_